McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUANITA MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-cv-00335-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 16)** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of

the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  January 4, 2021         */s/  Francesco Benavides**
                                FRANCESCO BENAVIDES
                                Attorney for Plaintiff
                                *Authorized via e-mail on Jan. 4, 2021

                                MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                       By:      /s/ *Ellinor R. Coder*
                                ELLINOR R. CODER
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Based upon the parties' above "Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment" (the "Stipulation") (Doc. 16), and for cause shown, IT IS ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the Stipulation.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Juanita Moreno and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:     **January 5, 2021**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE